IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V RICARDO II, its § | CIVIL ACTION NO. B-02-014 |
| engines, nets, tackle, § | |
| and furniture, in rem, and § | |
| ENRIQUE POLANCO GARZA § | |
| in personam, Defendants § | |

PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW VALLEY ICE & FUEL CO., INC., Plaintiff herein, complaining of the Fishing Vessel RICARDO II, its engines, nets, tackle, apparel, and furniture, *in rem*, and ENIQUE POLANCO GARZA, *in personam*, Defendants herein, and for cause of action would respectfully show unto the Court the following:

I.

PARTIES

1) Plaintiff is a Texas corporation having its principal place of business in Cameron County, Texas.

2) The *in rem* Defendant is a Mexican shrimp trawler which is registered under laws of Mexico, and may be served with process by serving the vessel at ZIMCO MARINE in Brownsville, Texas.

3) The in personam Defendant is a resident of Tampico, Mexico, and is, upon information and belief, the owner of the shrimp trawler which is the *in rem* Defendant in this action.

II.

## JURISDICTION AND VENUE

4) This is a case involving the admiralty and maritime jurisdiction of this Court as more fully appears hereafter, and Plaintiff's claim is in admiralty and maritime within the meaning of Rule 9(h) and Supplemental Rules B and C of the Federal Rules Of Civil Procedure. This Court has subject matter jurisdiction under 46 U.S.C. § 31342 AND 29 U.S.C. § 1333. The defendant vessel is or will be during the pendency of this process within this district and within the jurisdiction of this Court.

III.

## FACTS OF THE CASE

5) Plaintiff, VALLEY ICE & FUEL CO., INC. is a corporation which is engaged in the sale of diesel fuel and petroleum products and supplies to shrimp trawlers.

6) Beginning on or about September 6, 2000, at the instance and request of the owner and/or master of the F/V RICARDO II, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to the Defendant and the Defendant vessel. Plaintiff delivered to the owner/master of said vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of THIRTEEN THOUSAND EIGHT HUNDRED SIXTY SIX AND 19/100 DOLLARS ($13,866.19), including interest through December 31, 2001, has not been paid to Plaintiff, despite the demand. True copies of the invoices are

attached hereto as EXHIBITS A and B and made a part hereof for all purposes.

7) Plaintiff has and claims a maritime lien against the above-named vessel in the amount of THIRTEEN THOUSAND EIGHT HUNDRED SIXTY SIX AND 19/100 DOLLARS ($13,866.19) as set forth above, including interest through December 31, 2001, and which interest shall continue to accrue on said account until paid, and/or until any proceeds shall be derived from the sale by the United States Marshal of the subject vessel.

8) Plaintiff has made claim upon the in rem and in personam defendants and has requested that such account be paid. Despite due demand, the Defendants have failed to pay the account and Plaintiff is entitled to judgment against such Defendants for the amount set forth above.

9) Defendant ENRIQUE POLANCO GARZA cannot be found within the jurisdiction of this Court and, as such, Plaintiff would request that a writ of attachment issue commanding the attachment of any properties belonging to such Defendant, pursuant to the provisions of Supplemental Rule B of the Federal Rules of Civil Procedure.

IV.

ATTORNEYS' FEES

10) Plaintiff would further show the court that by reason of the Defendant's willful and wrongful refusal to pay said just amount, Plaintiff has been required to retain the services of the

undersigned attorney and is entitled to recoup reasonable attorney's fees in connection with the collection of said account.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

A. that process in due form of law be issued against the Defendant vessel, F/V RICARDO II, its engines, tackle, apparel, etc. and all other necessaries thereunto belonging and appertaining, in rem, and ENRIQUE POLANCO GARZA, in personam, and that any person claiming any right, title or interest in said Vessel be cited to appear and answer this Complaint;

B. that process in due form of law be issued against Defendant ENRIQUE POLANCO GARZA, and that a writ of attachment be issued against personal property owned by Defendant ENRIQUE POLANCO GARZA, including the shrimp trawler RICARDO II owned by such Defendant, which trawler is or may come within the jurisdiction of this Court.

C. that Plaintiff have judgment against the Defendant ENRIQUE POLANCO GARZA in the event of a deficiency resulting from the foreclosure of the Vessel and subsequent sale of same at a price insufficient to extinguish all indebtedness and related expenses and charges;

D. that Plaintiff have pre- and post-judgment interest as provided by law and costs of suit;

E. that Plaintiff have such other and further relief to which it may be justly entitled.

Respectfully submitted,

By: ___/s/ Dennis Sanchez___, by ___/s/ Robert Hill___
Dennis Sanchez                with permission
State Bar No. 17569600
Fed. Admn. #1594

OF COUNSEL:
SANCHEZ, WHITTINGTON, JANIS
   & ZABARTE, L.L.P.
Dennis Sanchez
100 North Expressway 83
Brownsville, Texas  78521
Telephone:    (956) 546-3731
Fax:          (956) 546-3765/66
ATTORNEYS FOR PLAINTIFF

<u>VERIFICATION</u>

THE STATE OF TEXAS     §

COUNTY OF CAMERON      §

    BEFORE ME, the undersigned authority, on this day personally appeared DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., who, being by me first duly sworn, deposed and said:

1. My name is David Eymard. I am the President of VALLEY ICE & FUEL CO., INC., Plaintiff in the above-entitled and numbered action. I have read the foregoing Complaint and the contents thereof are true and correct to the best of my own personal knowledge and belief.

2. To the best of my information and belief, the Defendant, ENRIQUE POLANCO GARZA (i) cannot be found within the Southern District of Texas, (ii) is a Mexican citizen and resident of Mexico with his principal place of business and residence in Tampico, Mexico, (iii) does not have any real or personal property within the Southern District of Texas, and (iv) owns the shrimp trawler named in this lawsuit, which trawler is currently within or soon to be in the jurisdiction of the Southern District of Texas.

FURTHER AFFIANT SAITH NOT.

                                                      DAVID EYMARD, President
                                                      VALLEY ICE & FUEL CO., INC.

    SWORN TO AND SUBSCRIBED BEFORE ME by the said DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., TO CERTIFY WHICH witness my hand and seal of office this 24th day of January, 2002.

                                                      Notary Public, State of Texas

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70,
Brownsville, 78521

Phone: (956) 831-4123
Fax: (956) 831-7860

Invoice

Invoice Number
9043

Invoice Date
Sep 6, 2000

Page

**Sold To:**
M/V RICARDO II MEXICAN BOAT
ZARAGOZA # 419
COL. GUADALUPE VICTORIA
TAMPICO, TAMP., MX

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| BARI2 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 9/6/00 | 10/6/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10,219.00 | GALL | DIESEL #2 OFF ROAD | 1.1000 | 11,240.90 |
| 1.00 | EACH | BATTERY CVR | 6.5000 | 6.50 |
| 1.00 | EACH | LANTERN (VOLT WATERPROOF | 10.35 | 10.35 |
| 1.00 | EACH | SCREWDRIVER LARGE 6" STAND | 6.50 | 6.36 |
| 1.00 | | SALES ORDER 4808 | | |

Subtotal 11,266.1
Sales Tax 1.58
Total Invoice Amount 11,267.69
Payment Received 0.00
TOTAL 11,267.69

Check No:

Debo y Pagare incondicionalmente  la orden de VALLEY ICE & FUEL CO  INC o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $ _____
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____ propiedad de _____.

( firma )

EXHIBIT A

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:   (956) 831-4123
Fax:     (956) 831-7860

# INVOICE

Invoice Number: 4808
Invoice Date: 9-6-00
Page:

Sold To:

Ship To: M/V RICARDO II

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Sales Rep ID | Shipping Method | Customer PO | Due Date |
| Quantity | UNIT | Description | Unit Price | Extension |
| 10.219 | GL | HIGH SULFUR DIESEL | | |
| 1 | each | BATTERY 6 VOLT | | |
| 1 | each | LANTERN 6 VOLT | | |
| 1 | each | SCREWDRIVER #6 STD | | |

Subtotal
Sales Tax
Total Invoice Amount
Payment Received
TOTAL

Check No.:

Dyed Diesel Fuel, Nontaxable U
Only for Taxable Use

5536577    5704609
5531732    5696686
4845       5374

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 10 PERCENT PER ANNUM OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el día _____ en _____ la cantidad de $ _____, _____ Dólares de Estados Unidos de Norteamérica, valor recibido a mi entera satisfacción. _____, Capitán o Patrón de la embarcación propiedad de _____

_____
(firma)

EXHIBIT A-1

```
              VALLEY ICE & FUEL CO., INC.
                D.B.A. VALLEY LUBRICANTS
                       HC 70, BOX 14
                   BROWNSVILLE, TEXAS 78521
          TEL:(956) 831-4123  -  FAX:(956) 831-7860
```

## - ESTADO DE CUENTA -

**FEDERICO BAS PLAYAN**
**TEL:** 011-52-12-191584
**FAX:** 011-52-12-191582

| BARCO | FECHA | FACTURA | TOTAL |
|---|---|---|---|
| RICARDO II | SEP-06-00 | 9043 | $ 11,267.69 * |
| | OCT-31-00 | INT | 297.13 * |
| | NOV-30-00 | INT | 162.07 * |
| | DIC-31-00 | INT | 167.47 * |
| | ENE-31-01 | INT | 167.47 * |
| | FEB-28-01 | INT | 151.26 * |
| | MAR-31-01 | INT | 167.47 * |
| | ABR-30-01 | INT | 162.07 * |
| | MAY-31-01 | INT | 167.47 * |
| | JUN-30-01 | INT | 162.07 * |
| | JUL-31-01 | INT | 167.47 * |
| | AGO-31-01 | INT | 167.47 * |
| | SEP-30-01 | INT | 162.07 * |
| | OCT-31-01 | INT | 167.47 * |
| | NOV-30-01 | INT | 162.07 * |
| | DIC-31-01 | INT | 167.47 * |
| | | | $ 13,866.19 * |

EXHIBIT B