4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| F/V RICARDO II, its | § | CIVIL ACTION NO. B-02- 014 |
| engines, nets, tackle, | § | |
| and furniture, in rem, and | § | |
| ENRIQUE POLANCO GARZA | § | |
| in personam, Defendants | § | |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

It is ORDERED that:

1. Marine Salvage & Services, Inc. is appointed substitute custodian of the F/V RICARDO II, its engines, tackle, apparel, and furniture, and is granted leave to move the vessel from ZIMCO MARINE where it is being repaired to its facilities in Port Isabel, Texas after the vessel's repairs have been completed.

2. The United States Marshal surrender possession of the vessel to the custodian.

3. The United States Marshal will be held harmless for any loss, damage, injury or other damage that might occur to said vessel while under the care of Marine Salvage & Services, Inc.

4. Upon transfer of custody of the vessels to Marine Salvage & Services, Inc. by the United States Marshal, Marine Salvage &

L:\D19\19625\Ord Appt Sub Custodian.wpd                                    Page 1 of 2

Services, Inc. will provide evidence of financial responsibility as required by 33 U.S.C. App. § 2716.

5. All reasonable expenses incurred by the Marshal and to be incurred by the substitute custodian, including the costs of maintaining adequate port risk insurance on the vessel, electricity, security, routine maintenance and inspection, maintenance of watertight integrity of the vessel, and reasonable rental fees for the slip, are administrative expenses and a first charge on the vessel to be paid from the proceeds of the sale.

6. A copy of this Order shall be served on the person in possession of the vessel when it was arrested.

DONE at Brownsville, Texas, on this 25TH day of January, 2002.

_____
United States District Judge
MAGISTRATE