IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. §<br>        Plaintiff, §<br>                           §<br>VS.                        §<br>                           §<br>F/V RICARDO II, its       §<br>engines, nets, tackle,    §  CIVIL ACTION NO. B-02- 014<br>and furniture, in rem, and §<br>ENRIQUE POLANCO GARZA     §<br>in personam, Defendants   § | |

United States District Court
Southern District of Texas
ENTERED

JAN 25 2002

Michael N. [Milby], Clerk of Court
By Deputy Clerk

## ORDER TO ARREST VESSEL

1.  The United States Marshal for the Southern District of Texas is ordered to:

    A.  Arrest the F/V RICARDO II, its engines, tackle, apparel, and furniture;

    B.  Serve a copy of the complaint and the warrant for the seizure on the person in possession of the ship or its agent; and

    C.  Return the warrant promptly.

2.  The vessel may be released from seizure without further order of this court if (a) the United states Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation, including attorneys for any Intervenors, and they consent to the release, (b) the attorney files the consent, and (c) the court has not entered an order to the contrary.

DONE at Brownsville, Texas, this 25TH day of January, 2002.

_____
United States ~~District~~ Judge
MAGISTRATE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> F/V RICARDO II, its § <br> engines, nets, tackle, § <br> and furniture, <u>in rem</u>, and § <br> ENRIQUE POLANCO GARZA § <br> <u>in personam</u>, Defendants § | CIVIL ACTION NO. B-02-014 |

### WARRANT TO SEIZE VESSELS

TO THE MARSHAL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

You are ORDERED to arrest the F/V RICARDO II, its engines, tackle, apparel and furniture, and to serve a copy of the complaint and this warrant on the person in possession of the vessel or its agent, and promptly return your writ.

MICHAEL MILBY, Clerk

Date: 1-25-2002

By: _____
Deputy Clerk