9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 28 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V RICARDO II, its § | |
| engines, nets, tackle, § | CIVIL ACTION NO. B-02-014 |
| and furniture, in rem, and § | |
| ENRIQUE POLANCO GARZA § | |
| in personam, Defendants § | |

MOTION FOR JUDGMENT NUNC PRO TUNC

TO THE HONORABLE JUDGE OF THIS COURT:

VALLEY ICE & FUEL CO., INC., Plaintiff in the above-entitled and numbered cause, moves this Court for an order nunc pro tunc amending the judgment previously rendered in the above-entitled, and in support thereof shows:

I.

The Order of Dismissal in the above-entitled cause as entered by the clerk in the minutes of this Court does not faithfully correspond to the judgment of the Court rendered in this cause on February 21, 2002, in that the cause number appearing in the Order of Dismissal is incorrect. The form of proposed judgment attached to this motion as Exhibit A accurately reflects the judgment rendered by this Court on February 21, 2002.

WHEREFORE, Movant requests the Court to grant this motion for judgment nunc pro tunc, vacate the judgment signed on February 21, 2002, and enter judgment in accordance with the Order

of Dismissal as entered on February 21, 2002, the proposed form of which is attached to this motion as Exhibit A.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Admission No. 1594

ATTORNEYS FOR PLAINTIFF
VALLEY ICE & FUEL CO., INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V RICARDO II, its § | |
| engines, nets, tackle, § | CIVIL ACTION NO. B-02-014 |
| and furniture, in rem, and § | |
| ENRIQUE POLANCO GARZA § | |
| in personam, Defendants § | |

## ORDER FOR JUDGMENT NUNC PRO TUNC

On this day, came on to be considered the motion of Valley Ice & Fuel Co., Inc., Plaintiff, for judgment nunc pro tunc. After due consideration and examination of the original Order of Dismissal signed by the Court on February 21, 2002, the Court finds that the judgment contains the following clerical errors: incorrect cause number.

IT IS THEREFORE ORDERED that the motion of Valley Ice & Fuel Co., Inc., Plaintiff, for judgment nunc pro tunc is granted, and that the clerk will enter judgment in accordance with the Order of Dismissal granted on February 21, 2002, nunc pro tunc in the minutes of the Court.

DONE at Brownsville, Texas, on the _____ day of _____, 2002.

_____
JUDGE PRESIDING

EXHIBIT A