# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-014 |
| | § | |
| F/V RICARDO II, its engines, nets, tackle, | § | |
| and furniture, *in rem*, and ENRIQUE | § | |
| POLANCO GARZA, *in personam* | § | |

TYPE OF CASE.        __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING

**HEARING ON MOTION FOR JUDGMENT NUNC PRO TUNC**

PLACE:                                                                 ROOM NO.

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                   DATE AND TIME

                                                                       **MARCH 12, 2002 AT 2:00 P.M.**

                                                                       _____
                                                                       JOHN WM BLACK, U.S MAGISTRATE JUDGE

DATE    MARCH 4, 2002

TO      MR DENNIS M SANCHEZ