United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON MOTION FOR JUDGMENT NUNC PRO TUNC

CIVIL ACTION NO. B-02-014                    DATE & TIME: 03-12-02 AT 2:00 P.M.

VALLEY ICE & FUEL CO., INC.                  PLAINTIFF(S)   DENNIS SANCHEZ
                                             COUNSEL

VS.

F/V RICARDO, II, ET AL.                      DEFENDANT(S)
                                             COUNSEL

-------------------------------------------------------------------------------

Attorney Frank Wood appeared in chambers in lieu of Dennis Sanchez. Attorney was told that the Motion for Judgment Nunc Pro Tunc should have been filed in C.A. B-00-156. If this case is to be dismissed, an order needs to be filed.