IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V RICARDO II, its § | CIVIL ACTION NO. B-02-014 |
| engines, nets, tackle, § | |
| and furniture, in rem, and § | |
| ENRIQUE POLANCO GARZA § | |
| in personam, Defendants § | |

PLAINTIFF'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VALLEY ICE & FUEL CO., INC., Plaintiff, and files this its Motion to Dismiss, and in support thereof would respectfully show unto the Court as follows:

I.

Plaintiff and Defendants have been able to compromise and settle all matters of controversy in this matter. As a result of the settlement, there is no longer any necessity for the continued litigation of the above-styled and numbered cause.

Movant would, therefore, request that this Court dismiss the above-styled and numbered cause without prejudice against all parties to file any same or similar suit, with court costs being assessed against the party incurring same.

WHEREFORE, premises considered, Plaintiff prays that this motion be, in all respects, granted.

        Respectfully submitted,

        SANCHEZ, WHITTINGTON, JANIS
                & ZABARTE, L.L.P.
        100 North Expressway 83
        Brownsville, Texas 78521-2284
        (956) 546-3731 - Telephone
        (956) 546-3765 or 3766 - Fax

By: _____
        Dennis Sanchez
        State Bar No. 17569600
        Federal Admission No. 1594

ATTORNEYS FOR PLAINTIFF
VALLEY ICE & FUEL CO., INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V RICARDO II, its § | |
| engines, nets, tackle, § | CIVIL ACTION NO. B-02-014 |
| and furniture, in rem, and § | |
| ENRIQUE POLANCO GARZA § | |
| in personam, Defendants § | |

### ORDER OF DISMISSAL

The Court having been advised that the above-styled and numbered cause has been compromised and settled as between VALLEY ICE & FUEL CO., INC., Plaintiff, and the Defendants, F/V RICARDO II, its engines, nets, tackle, and furniture, in rem, and ENRIQUE POLANCO GARZA in personam, and that there is no further need for litigation of this matter as between Plaintiff and Defendants; it is, upon motion

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be dismissed without prejudice against any parties to file any same or similar action. Costs are hereby adjudged against the party incurring same.

DONE at Brownsville, Texas this _____ day of _____, 2001.

_____
JUDGE PRESIDING