IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V RICARDO II, its § | |
| engines, nets, tackle, § | CIVIL ACTION NO. B-02-014 |
| and furniture, in rem, and § | |
| ENRIQUE POLANCO GARZA § | |
| in personam, Defendants § | |

ORDER OF DISMISSAL

The Court having been advised that the above-styled and numbered cause has been compromised and settled as between VALLEY ICE & FUEL CO., INC., Plaintiff, and the Defendants, F/V RICARDO II, its engines, nets, tackle, and furniture, in rem, and ENRIQUE POLANCO GARZA in personam, and that there is no further need for litigation of this matter as between Plaintiff and Defendants; it is, upon motion

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be dismissed without prejudice against any parties to file any same or similar action. Costs are hereby adjudged against the party incurring same.

DONE at Brownsville, Texas this 18th day of MArch, 2002.

_____
JUDGE PRESIDING